IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WENDY ROMINE | |
| Plaintiff, | |
| | No.: 3:10-0775 |
| | JURY DEMANDED |
| THE VANDERBILT UNIVERSITY | DISTRICT JUDGE NIXON |
| d/b/a VANDERBILT UNIVERSITY | |
| MEDICAL CENTER | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES THE PLAINTIFF, WENDY ROMINE, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives this notice of dismissal without prejudice, as an Answer has not yet been filed.

Respectfully submitted this 24th day of August, 2010.

*So ordered.*

[signature]